IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


REBECCA M. CARMICHAEL            CV 06-1857-MA

       Plaintiff,              JUDGMENT

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.


Based on the record and the Opinion and Order filed herewith, the decision of the Commissioner is AFFIRMED; this action is DISMISSED.

DATED this 29 day of May, 2008.

_____
Malcolm F. Marsh
United States District Judge


1- JUDGMENT